IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, ET AL., )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>AHAL CONTRACTING CO. INC., )<br>)<br>Defendant. ) | Civil Action No. 06-347-*** |

### ORDER

At Wilmington, this **6th** day of **February, 2007**, there having been no activity in the above captioned case since May 30, 2006;

IT IS ORDERED that, on or before **February 16, 2007**, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE