# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6645
DIRECT FAX: 302-576-3336
tsnyder@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
   (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 16, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Room 4209, Lock Box 8
Wilmington, DE 19801

    Re: Laborers Local 199, et al v. Ahal Contracting Co., Inc.
       C.A. No. 06-347

Dear Judge Thynge:

    This is in response to your Order dated February 6, 2007 directing the Plaintiffs to show cause why the above-named matter should not be dismissed for failure to prosecute.

    The Plaintiffs respectfully request that this matter not be dismissed. Even though there has been no activity on this matter on the Court's docket, there has been substantial activity outside of Court among the parties to resolve this matter.

    The Plaintiffs in this matter are multi-employer benefit funds ("Funds") to which employers who enter into a Collective Bargaining Agreement ("CBA") with the Laborers Local Union No. 199 make contributions. The Defendant, Ahal Contracting Company, Inc. is a contractor from the St. Louis, Missouri area who is signatory to the CBA. Under the terms of the CBA, the Funds have the right to audit the payroll records of contributing employers to insure compliance with the contribution requirements of the CBA.

    The Defendant was not cooperating with the Funds' auditor in turning over records, therefore, the Funds were required to initiate this action to force the Defendant to permit the Funds' auditors to audit its payroll records. After the Defendant was served with the Complaint, Fund co-counsel received a telephone call from Mr. Brian Babbitz of the Defendant stating that he would cooperate with the Funds' auditors. In response to Mr. Babbitz's offer of cooperation, a letter dated May 31, 2006 was sent to Mr. Babbitz indicating that the Funds would

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Mary Pat Thynge
February 16, 2007
Page 2

extend the time for the Defendant to answer until 20 days after the Funds notified the Defendant that the extension was terminated due to problems that the Funds auditors may have encountered in trying to perform the audit. A copy of that letter is attached hereto as Exhibit A.

Subsequent to May 31, 2006, the Defendant cooperated with the Funds' auditors on the audit, albeit slowly. The audit was not completed until October of 2006. The audit report indicated that the Defendant owed substantial amounts to the Funds. After clearing up some issues with the auditors involving the amount of the deficiency involved, Fund co-counsel sent a letter to the defendant on January 11, 2007 demanding payment of the amount of the deficiency shown in the Fund audit by February 11, 2007. That letter is attached hereto as Exhibit B.

Fund co-counsel is now trying to negotiate a resolution of this matter with the Defendant and the local Laborers Union from the St. Louis, Missouri area. The audit report stated that the Defendant incurred a minor shortage of contributions to the Funds for the members of Local Union No. 199 who worked for the Defendant in Delaware. However, the Defendant brought with it to Delaware several members of the St. Louis Laborers Local and remitted contributions relating to the St. Louis employees back to the funds associated with the St. Louis Laborers Local. Technically, that is a violation of the CBA because contributions are to be paid to the Funds of the local unions in whose jurisdiction the employees are working. However, Plaintiffs have reciprocal agreements with many other locals funds whereby the contributions for members of other locals who work within Local 199 jurisdiction are remitted back to that local's benefit funds. Unfortunately, the Funds do not have such a reciprocal agreement with the St. Louis funds. Fund co-counsel is, however, trying to negotiate such a reciprocal agreement retroactively in which case, the contributions for the St. Louis Local Union members would stay with the St. Louis Funds, resolving a substantial portion of Ahal's delinquency to the Funds.

Accordingly, we respectfully request that the Court forebear from dismissing this action until Fund co-counsel can coordinate a settlement between the Plaintiffs, the Defendant, the St. Louis Laborers' Local Union and that Union's affiliated benefit funds. If such a settlement cannot be negotiated, the Funds intend to amend their Complaint to an action to collect unpaid contributions. Fund co-counsel anticipates that this matter should be resolved by the end of February.

I trust that the foregoing provides sufficient response to the Court's Order.

Very truly yours,

Timothy J. Snyder

TJS:bla
cc:   Mr. Scott Ernsberger
      Jonathan Walters, Esquire

DB02:5788816.1                                              007442.1024

# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6645
DIRECT FAX: (302) 576-3336
tsnyder@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN E. LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. McDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 31, 2006

**BY E-MAIL AND**
**FIRST CLASS MAIL**
Mr. Brian Babbitz
Ahal Contracting Co., Inc.
3746 Pennridge Drive
Bridgeton, MO 63044

    Re: <u>Laborers Benefit Funds v. Ahal Contracting Co., Inc.</u>

Dear Brian:

    This is to confirm our telephone conversation of May 30, 2006 regarding the service of the Complaint of the Laborers Benefit Funds ("Funds") on Ahal Contracting Co., Inc. to have the Court order Ahal to permit the Funds' auditors, Belfint, Lyons and Shuman, to audit the payroll records of Ahal Contracting Co., Inc. as permitted under the collective bargaining agreement between Ahal and Laborers Local Union No. 199.

    It is my understanding that you will permit Belfint, Lyons and Shuman, or a corresponding accounting firm, to perform the audit that the Complaint seeks. Accordingly, I have agreed to extend the time to answer the Complaint to a date that is 20 days after I notify you that the extension is terminated due to problems that the Funds' auditors may have encountered in trying to perform the audit. If the auditors encounter no problems and successfully conclude their audit, we will dismiss the Complaint provided that the auditors find no exceptions or, if exceptions are found, Ahal promptly pays any discrepancies.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Mr. Brian Babbitz
May 31, 2006
Page 2

Please call me if you have any questions regarding the foregoing.

Very truly yours,

Timothy J. Snyder

TJS:klk
Cc: Jonathan Walters, Esquire
    Michael A. Walston, CPA
    Maria T. Hurd, CPA
    Mr. Scott A. Ernsberger

# EXHIBIT B

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6645
DIRECT FAX: (302) 576-3336
tsnyder@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
 (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

January 11, 2007

**BY E-MAIL AND
FIRST CLASS MAIL**
Mr. Brian Babbitz
Ahal Contracting Company, Inc.
3746 Pennridge Drive
Bridgeton, MO 63044

   Re: Laborers Local Union No. 199 Benefit Funds v.
     Ahal Contracting Company, Inc.

Dear Mr. Babbitz:

  Belfint Lyons & Shuman, P.A. ("BLS"), auditor for the Laborers Local No. 199 Benefit Funds (the "Funds") has completed its audit of Ahal Contracting Company's compliance with its Collective Bargaining Agreement with Laborers Local Union No. 199 ("CBA"). A copy of the audit report of BLS is enclosed for your reference.

  Based on the results of the audit contained in Exhibits A and B to the report of BLS, benefits earned by members of Local 199 employed by Ahal for the period July 1, 2003 through June 30, 2004 were under-reported to Funds in the amount of $2,732.12. Credit in the amount of $200.33 was received by the Funds in April 2004, leaving the remaining amount of $2,531.79 due to the Funds for Local 199 members.

  In addition, the CBA provides that all employees employed by Ahal in covered employment within the jurisdiction of Local 199 are covered by the CBA. Therefore, contributions were due to the Funds regardless of the local union affiliation of the Ahal employees. Thus, as set forth on Exhibit B to the audit report, Ahal owes the Funds an additional $17,455.67 for those employees of Ahal who worked in covered employment within the jurisdiction of Local Union No. 199 but for whom benefits were paid to the St. Louis local union and funds.

DB02:5676220.1

007442.1024

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Mr. Brian Babbitz
January 11, 2007
Page 2

      Please remit the amount of $19,987.46 plus liquidated damages of $1,998.75 within 30 days of the date of this letter. In addition, the Funds' audit policy provides for the assessment of audit fees when the discrepancy determined on audit is greater than 10% of the required contributions to the Funds for a 12 month period. Since this discrepancy is well in excess of the 10% threshold, the audit fee is chargable to them. The fee for the audit is $3,160, for a total amount due to the Funds of $25,146.21. The check should be made payable to Laborers Local No. 199, and forwarded directly to:

> Mr. David Puchalski
> GEM Group
> Brandywine Corporate Center
> 650 Naamans Road, Suite 303
> Claymont, DE 19703

      If payment is received in full within 30 days, the Funds will dismiss the case with the court. If payment is not timely received, we will amend the complaint to seek payment of the contributions, liquidated damages, audit fee, interest and attorney's fees.

      If you have any questions concerning the audit report, please contact me directly.

Very Truly Yours,

Timothy J. Snyder

TJS:LL:hs
Enclosures
cc:    Charles R. Dixon, CPA
      Mr. David Puchalski
      Jonathan Walters, Esquire

DB02:5676220.1                                                                                    007442.1024