## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, et al., | : : : |
| Plaintiffs, | : : |
| v. | :    C. A. No. 06-347-*** |
| AHAL CONTRACTING CO., INC., | : : : |
| Defendant. | : |

### ORDER

At Wilmington this **19th** day of **March, 2007**.

IT IS ORDERED that a status teleconference has been scheduled for **Thursday, March 29, 2007 at 9:30 a.m.** with Magistrate Judge Thynge.  **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE