IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) c/o GEM Group 650 Naamans Road, Suite 303 Claymont, DE 19703<br><br>and<br><br>LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS c/o Delaware Contractors Association P.O. Box 6520 Wilmington, DE 19804<br><br>and<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO 532 South Claymont Street Wilmington, DE 19801<br><br>             Plaintiffs<br><br>    v.<br><br>AHAL CONTRACTING CO., INC. 3746 Pennridge Drive Bridgeton, MO 63044<br><br>             Defendant | CIVIL ACTION<br><br>NO. 06-CV-347 |

## PRAECIPE

TO:  Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Wilmington, DE 19801

Plaintiffs, Laborers Local 199, et. al. hereby request that alias summonses, in the form attached, be issued for defendant.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

BY: *[signature]*
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:
Jonathan Walters, Esquire
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs

Dated: April 2, 2007

# United States District Court

**DISTRICT OF**      **DELAWARE**

LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199)
and
LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS
and
LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO

             Plaintiff(s),

V.

AHAL CONTRACTING CO., INC.

             Defendant(s).

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-CV-347

TO: (Name and address of defendant)

     Ahal Contracting Co., Inc.
     c/o The Corporation Trust Company
     1209 Orange Street
     Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Timothy J. Snyder, Esquire
     Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     P. O. Box 391
     Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
|  |  |

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.   Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____

☐   Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                            Date                                            Signature of Server

_____
Address of Server

---

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.