IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND, (administered through the Laborers Welfare Fund of Delaware Local 199), LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS, and LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO | : : : : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 06-CV-347 (***) |
| Plaintiffs, | : : | |
| v. | : : : | |
| AHAL CONTRACTING CO., INC. | : : | |
| Defendant. | : | |

**STIPULATION PURSUANT TO 28 U.S.C. § 636(c) CONSENTING TO JURISDICTION OF MAGISTRATE JUDGE FOR ALL PRETRIAL AND TRIAL MATTERS**

1.      The parties, by and through their undersigned counsel, pursuant to 28 U.S.C. § 636(c) voluntarily consent to the jurisdiction of Magistrate Judge Mary Pat Thynge to hear and determine all pretrial and trial matters and to make all final judgments in this matter.

2.      The parties further request that the District Court refer this matter to Magistrate

Judge Mary Pat Thynge pursuant to 28 U.S.C. § 636(c) for all pretrial, trial, dispositive motions and proceedings and final judgment due to the consent of the parties to such jurisdiction.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CROSS & SIMON LLC |
|---|---|
| _/s/ Timothy J. Snyder_ | _/s/ Kevin S. Mann_ |
| Timothy J. Snyder (No. 2408) | Kevin S. Mann (No. 4576) |
| Curtis J. Crowther (No. 3238) | 913 North Market Street, 117th Floor |
| The Brandywine Building | P.O. Box 1380 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899-1380 |
| P.O. Box 391 | (302) 777-4200 |
| Wilmington, DE 19899-0391 | |
| (302) 571-6600 | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated: June 11, 2007 | Dated: June 11, 2007 |

     Upon the Stipulation and Consent of the Plaintiff and the Defendant, this case is referred to Magistrate Judge Mary Pat Thynge pursuant to 28 U.S.C. § 636(c) to exercise jurisdiction over all matters including pretrial, trial, dispositive motions and proceedings and final judgment.

     IT IS SO ORDERED this _____ day of June, 2007.

                                                                                     United States District Judge