

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) | CIVIL ACTION  NO. 06-CV-347(MPT) |
| and | |
| LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS | |
| and | |
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO | |
| Plaintiffs | |
| v. | |
| AHAL CONTRACTING CO., INC. | |
| Defendant | |

### STIPULATION OF DISMISSAL

The parties, through their undersigned counsel, have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement ("the Settlement and Release Agreement"), and as part of that agreement, hereby stipulate to the dismissal of the above-captioned matter with prejudice with each party to bear their own costs.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CROSS & SIMON, LLC |
|---|---|
| */s/ Timothy J. Snyder* | */s/ Kevin S. Mann* |
| Timothy J. Snyder (No. 2408) | Kevin S. Mann (No. 4576) |
| The Brandywine Building | 913 North Market Street |
| 1000 West Street, 17th Floor | 11th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| P.O. Box 391 | (302) 777-4200 |
| (302) 571-6645 | kmann@crosslaw.com |
| tsnyder@ycst.com | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Dated: July 31, 2007 | Dated: July 31, 2007 |

SO ORDERED, this 31 day of July, 2007

UNITED STATES DISTRICT JUDGE
MAGISTRATE

2